1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEIDRA A. LINTZ,

11          Plaintiff,                    No. CIV S-09-1907 GEB DAD PS

12      v.

13   JOHN E. POTTER, Postmaster            ORDER GRANTING REQUEST TO
     General, United States Postal Service,  PROCEED IN FORMA PAUPERIS AND
14                                          GRANTING LEAVE TO AMEND
            Defendant.
15   _____/

16          Plaintiff, proceeding pro se, has filed a complaint alleging employment

17   discrimination based on religion, sex, age, physical disability, mental disability, and retaliation

18   for prior and current EEOC activity.  She seeks "to be made whole" and "any other damages" the

19   court deems appropriate.  The proceeding has been referred to the undersigned pursuant to Local

20   Rule 72-302(c)(21).

21          Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.

22   Although plaintiff's application does not include information about her last employment, the

23   undersigned finds that plaintiff's application appears to make the showing required by the statute.

24   Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

25          Plaintiff has also filed a motion to amend her complaint to allege facts concerning

26   the agency's final decision on her formal EEOC complaint.  The Federal Rules of Civil

1

Procedure provide that a party is entitled to amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Accordingly, plaintiff's motion to amend will be granted.

In order to amend her complaint, plaintiff must comply with Local Rule 15-220. Under this rule, the amended pleading "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Plaintiff is informed that her amended complaint must be titled "Amended Complaint" and must include in the caption the case number assigned to this case.

IT IS HEREBY ORDERED that:

1. Plaintiff's July 13, 2009 motion to proceed in forma pauperis (Doc. No. 2) is granted.

2. Plaintiff's July 14, 2009 motion to amend complaint (Doc. No. 3) is granted.

3. Plaintiff is granted thirty days from the date of this order to file an amended complaint that complies with the requirements of Local Rule 15-220. The caption of the amended pleading shall include the case number assigned to this case, and the pleading shall be titled "Amended Complaint." Failure to file a timely amended complaint may result in a recommendation that this action be dismissed.

DATED: July 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\lintz1907.ifpgr.amend

2