IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEIDRA A. LINTZ,

    Plaintiff,

vs.

JOHN E. POTTER, Postmaster General, United States Postal Service,

    Defendant.
_____/

No. CIV S-09-1907 GEB DAD PS

ORDER DIRECTING CLERK
TO SEND MATERIALS FOR SERVICE
AND REQUIRING SERVICE BY
UNITED STATES MARSHAL

    Plaintiff is proceeding pro se with an employment discrimination action. The proceeding was referred to the undersigned pursuant to Local Rule 72-302(c)(21). By order filed July 31, 2009, the undersigned granted plaintiff's motion to proceed in forma pauperis and her motion to amend. On November 10, 2009, the undersigned dismissed plaintiff's first amended complaint with leave to file a second amended complaint. Plaintiff's timely second amended complaint is before the court.

    IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to issue process and send plaintiff an instruction sheet for service of process by the United States Marshal, together with one summons, one USM-285 form, and one endorsed copy of plaintiff's second amended complaint filed December 8, 2009 (Doc. No. 8).

1

2. Within thirty (30) days after this order is served, plaintiff shall send the following documents to the United States Marshal by mailing them to the United States Marshals Service at 501 I Street, Suite 5600, Sacramento, CA 95814:

    a. One copy of this order;

    b. One properly completed USM-285 form;

    c. Four copies of the properly completed summons; and

    d. Four true and exact copies of the endorsed second amended complaint provided by the Clerk with this order.

3. Within ten (10) days after mailing the materials for service to the United States Marshal, plaintiff shall file with this court a notice stating the date on which she mailed the required documents to the United States Marshal. Failure to file a timely notice may result in sanctions.

4. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant John E. Potter, Postmaster General, in accordance with Federal Rule of Civil Procedure 4(i).

DATED: December 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\lintz1907.ac.serve