1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEIDRA A. LINTZ,

11              Plaintiff,              No. 2:09-cv-01907 GEB KJN PS

12        v.

13   JOHN E. POTTER, POSTMASTER
     GENERAL, U.S. POSTAL SERVICE,
14
                Defendant.             ORDER
15   _____/

16          On October 31, 2011, the court entered an order that, in part, required plaintiff to

17   file a status report addressing whether plaintiff wishes to conduct any additional discovery in this

18   case or file any motions to compel discovery responses prior to opposing defendant's pending

19   motion for summary judgment.[1]  (See Order, Oct. 31, 2011, at 11-12, Dkt. No. 64.)  On

20   November 14, 2011, plaintiff filed a timely status report, which indicates that plaintiff does not

21   wish to conduct any additional discovery in this case or file any motions to compel (Dkt. No. 65).

22   However, plaintiff requests additional time to respond to defendant's motion for summary

23   judgment because of recent developments that allegedly might result in plaintiff's loss of her

24   home due to foreclosure.  The court grants plaintiff's request for additional time to respond to

25   _____

26          [1]  This action proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

                                            1

defendant's motion for summary judgment.

In light of the foregoing, IT IS HEREBY ORDERED that:

1.     The hearing on defendant's motion for summary judgment (Dkt. No. 54) is continued from December 15, 2011, to February 2, 2012, at 10:00 a.m., in Courtroom 25.

2.     Plaintiff shall file an opposition to defendant's motion for summary judgment, or statement of non-opposition, *on or before January 12, 2012*.

3.     Defendant may file a reply brief *on or before January 19, 2012*.

IT IS SO ORDERED.

DATED:  November 15, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2