IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEIDRA A. LINTZ,

        Plaintiff,                        No. 2:09-cv-01907 GEB KJN PS

    v.

JOHN E. POTTER, POSTMASTER
GENERAL, U.S. POSTAL SERVICE,

        Defendant.                 ORDER

/

        On October 31, 2011, the court entered an order that, in part, required plaintiff to file a status report addressing whether plaintiff wishes to conduct any additional discovery in this case or file any motions to compel discovery responses prior to opposing defendant's pending motion for summary judgment.[1]  (See Order, Oct. 31, 2011, at 11-12, Dkt. No. 64.)  On November 14, 2011, plaintiff filed a timely status report, which indicates that plaintiff does not wish to conduct any additional discovery in this case or file any motions to compel (Dkt. No. 65).  However, plaintiff requests additional time to respond to defendant's motion for summary judgment because of recent developments that allegedly might result in plaintiff's loss of her home due to foreclosure.  The court grants plaintiff's request for additional time to respond to

---

[1]  This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

defendant's motion for summary judgment.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The hearing on defendant's motion for summary judgment (Dkt. No. 54) is continued from December 15, 2011, to February 2, 2012, at 10:00 a.m., in Courtroom 25.

2. Plaintiff shall file an opposition to defendant's motion for summary judgment, or statement of non-opposition, *on or before January 12, 2012*.

3. Defendant may file a reply brief *on or before January 19, 2012*.

IT IS SO ORDERED.

DATED: November 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE