IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEIDRA A. LINTZ,

        Plaintiff,                    No. 2:09-cv-01907 GEB KJN PS

    v.

JOHN E. POTTER, POSTMASTER
GENERAL, U.S. POSTAL SERVICE,

        Defendant.              <u>ORDER</u>

          On July 23, 2012, the undersigned filed proposed findings and recommendations in this case resolving defendant's motion for summary judgment.[1] On August 6, 2012, the last day that plaintiff could file objections to the proposed findings and recommendations, plaintiff filed an ex parte request for a 15-day extension to object to the proposed findings and recommendations, citing her attendance at a religious course in Stockton, California, which ran from July 23, 2012, through August 3, 2012, from 9:00 a.m. to 4:00 p.m.  By rule, plaintiff should have sought her extension sooner than the day that her objections were due.  See Local Rule 144(d) (providing that extensions of time shall be requested "as soon as the need for an extension becomes apparent," and that "[r]equests for Court-approved extensions brought on the

---

    [1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  required filing date for the pleading or other document are looked upon with disfavor"). In any
2  event, the court grants plaintiff's ex parte request in an abundance of caution, and grants plaintiff
3  a 15-day extension from the date she filed her ex parte request in which to object to the court's
4  proposed findings and recommendations.
5         Accordingly, IT IS HEREBY ORDERED that plaintiff shall file any objections to
6  the proposed findings and recommendations no later than August 21, 2012.
7         IT IS SO ORDERED.
8  DATED: August 10, 2012

10  _____
    KENDALL J. NEWMAN
11  UNITED STATES MAGISTRATE JUDGE