IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deidra A. Lintz, | ) |
| Plaintiff, | ) 2:09-cv-1907-GEB-KJN |
| v. | ) ORDER |
| John E. Potter, United States Postal Service, | ) |
| Defendants. | ) |

Plaintiff, appearing pro se, moves under Federal Rule of Civil Procedure 59 for reconsideration of the order granting summary judgment in favor of Defendants and for relief from the judgment entered against her following the summary judgment order. "A motion for reconsideration should not be granted, . . . unless the . . . court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." <u>Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.</u>, 571 F.3d 873, 880 (9th Cir. 2009) (citation omitted). Plaintiff's motion for reconsideration fails to satisfy this standard and is therefore denied; the hearing on the motion currently scheduled for October 22, 2012 is vacated.

Dated:  October 15, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1