BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
John E. Potter, Postmaster General
Of the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA A. LINTZ,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>            Defendant. | CASE NO. 2:09-cv-01907 GEB-KJN-PS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT POTTER'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S RULE 60 MOTION** |

The Court having considered Defendant's *ex parte* Motion for a one-day Extension of Time within which to file his Opposition to Plaintiff's "Motion 60(a)(b)(1)(2)(3)(6) Relief From Order Or Judgment Fraud/Clerical Mistake Inadvertence/Oversight" [Doc. 100] including the attached declaration of Assistant United States Attorney J. Earlene Gordon, hereby **GRANTS** Defendant's motion for good cause shown.  Further, Defendant's Opposition to Plaintiff's Rule 60 motion, attached as Exhibit A to his Ex Parte motion for extension of time, is deemed filed.

**IT IS SO ORDERED.**

DATED: November 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

PROPOSED ORDER GRANTING EXTENSION